1 | **TROUTMAN SANDERS LLP**
Jessica Lohr, Bar No. 302348
E-mail: jessica.lohr@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA  92614
Telephone:   (858) 509-6000
Facsimile:   (858) 509-6040

2
3
4
5 | Attorney for Defendant John C. Heath
Attorney at Law, PLLC dba Lexington
6 | Law Firm

7
8 | **UNITED STATES DISTRICT COURT**
9 | **NORTHERN DISTRICT OF CALIFORNIA**
10 | San Francisco/Oakland Division

| | |
|---|---|
| **ABANTE ROOTING AND PLUMBING INC.** | **CASE NO.: 3:18-cv-05219** |
| **Plaintiff,** | |
| v. | **NOTICE OF SETTLEMENT** |
| **LEXINGTON LAW FIRM,** | |
| Defendant. | |

- 2 -

1  Defendant John C. Heath Attorney at Law, PLLC dba Lexington Law Firm
2  ("Lexington"), by counsel, hereby submits the following Notice of Settlement.
3  Lexington and Plaintiff Abante Rooting and Plumbing, Inc. have reached an
4  agreement to settle the above-captioned matter in full and are in the process of
5  executing a settlement agreement. A stipulation of dismissal will be filed with the
6  Court upon the parties' full execution of the settlement agreement.

Dated: September 10, 2018          TROUTMAN SANDERS LLP

                                    By: */s/ Jessica R. Lohr*

                                    Jessica R. Lohr

                                    Attorney for Defendant,
                                    JOHN C. HEATH ATTORNEY AT
                                    LAW, PLLC dba LEXINGTON LAW
                                    FIRM

## **CERTIFICATE OF CM/ECF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 10, 2018, to the below counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

Todd M. Friedman
tfriedman@toddflaw.com
Adrian R. Bacon
abacon@toddflaw.com
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone:  (877) 206-4741
Facsimile:  (866) 633-0228
*Attorneys for Plaintiff*

/s/ *Jessica R. Lohr*
Jessica R. Lohr

Attorney for Defendant, JOHN C. HEATH ATTORNEY AT LAW, PLLC dba LEXINGTON LAW FIRM