# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTING AND PLUMBING, INC., | Case No. |
| Plaintiff, | 18-cv-05219-EMC |
| v. | ~~(PROPOSED)~~ ORDER |
| LEXINGTON LAW FIRM, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this: November 5, 2018

_____
EDWARD M. CHEN
United States District Judge

Order to Dismiss - 1